UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. YBARRA,<br><br>　　　　Defendant. | No. 2:20-cv-0074 CKD<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On June 23, 2020, this matter was referred to the post-screening ADR pilot project and was stayed for 120 days for the purpose of scheduling a settlement conference. ECF No. 21. Following an extension of time, counsel for defendant filed a motion to be excluded from the ADR pilot project on September 23, 2020. ECF No. 20.  Upon review of the motion, the court finds good cause to grant defendant's motion and to lift the stay of this matter.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendant's motion to opt out of the Post-Screening ADR Pilot Project (ECF No. 20) is granted;

　　　　2. The stay of this action is lifted; and,

/////

1

3. Defendant shall file a responsive pleading within thirty days from the date of this order.

Dated:  September 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/howe0074.optout.docx