UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No.  2:20-cv-0074 CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. YBARRA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendant shall notify this court, within seven days, whether he has any objection to the dismissal of this action.  Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  January 28, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/howe0074.59a